

ORIGINAL

FILED

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0393

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0393

ANGELA E. HELVEY,

    Plaintiff and Appellant,

v.

POPLAR PUBLIC SCHOOLS,

    Defendant and Appellee.

FILED

NOV 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Angela Helvey has filed a motion to dismiss her appeal. Good cause appearing.

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

DATED this 10th day of November, 2020.

For the Court,

By /s/ _____
           Chief Justice